SAMUEL F. HOUGH, Respondent, v. ELECTRIC AUTOMOBILE SALES CORPORATION, Appellant, and THOMAS. BENNETT, Respondent.— Judgment affirmed, with costs to the plaintiff, respondent. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

SAMUEL ABRAHAM, Respondent, v. WALTER M. WECHSLER,. Appellant.—·Order· affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said' costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling,. P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

HERBERT L. BAILEY, Respondent, v. COMMERCIAL CASUALTY INSURANCE COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

RUTH MILLER, an Infant, etc., Appellant, v. PRESS PUBLISHING COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ARTHUR FRIEDMAN, an Infant, etc., Respondent, v. FISK TIRE COMPANY, INC., ·Appellant.— Judgment reversed and new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict is against the weight of the evidence, and on the further ground that the court erred in refusing to instruct the jury with reference to the rights of the respective parties in a street or block between intersecting streets. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; O'Malley, J., dissents.

MORRIS FRIEDMAN, Respondent, v. FISK TIRE COMPANY, INC., Appellant.— Judgment reversed and new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict is against the weight of the evidence, and on the further ground that the court erred in refusing to instruct the jury with reference to the rights of the respective parties in a street or block between intersecting streets. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; O'Malley, J., dissents.

MAX SMITH, Appellant, v. 42ND STREET, MANHATTANVILLE AND ST. NICHOLAS AVENUE RAILWAY COMPANY, Respondent.— Order affirmed, with costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

REBECCA KUPCHICK, Appellant, v. KEREN CORPORATION, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted as to items 7, 8 and 9 of the notice of motion. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JOSEPH FINKE, INC., Respondent, v. BENJAMIN GALISON and Others, Appellants. — Order modified by imposing as a condition of the order of consolidation that the plaintiff consent that the City Court complaint upon promissory notes be deemed the complaint of the defendants herein in the consolidated action, and that plaintiff consent to an order of preference if motion therefor be made by the defendants, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LEE BROTHERS, INC., Respondent, v. CARABAO BUILDING CO., INC., and Others, Defendants, Impleaded with LIDO BUILDING CO., INC., Appellant.— Order affirmed,